Robert E. SEATON, Petitioner–
Appellant,

v.

Ronald ANGELONE, Director of the
Virginia Department of Corrections,
Respondent–Appellee.

No. 02–6201.

United States Court of Appeals,
Fourth Circuit.

Submitted April 18, 2002.

Decided April 30, 2002.

Robert E. Seaton, Appellant Pro Se.
Linwood Theodore Wells, Jr., Assistant
Attorney General, Richmond, Virginia, for
Appellee.

Before MOTZ, TRAXLER, and
GREGORY, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

Robert E. Seaton seeks to appeal the
district court's order denying relief on his
petition filed under 28 U.S.C.A. § 2254
(West 1994 & Supp.2001). We have re-
viewed the record and the district court's
opinion accepting the recommendation of
the magistrate judge and find no revers-
ible error. Accordingly, we deny leave to
proceed in forma pauperis, deny a certifi-
cate of appealability, and dismiss the ap-
peal on the reasoning of the district court.
*See Seaton v. Angelone,* No. CA–01–769–2
(E.D.Va. Jan. 23, 2002). We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

*DISMISSED.*